UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA LUGO-GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:17-CV-73 |
| | § | |
| C.R. ENGLAND, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties filed their Advisory to the Court (Doc. 38), stating that the Plaintiff, Blanca Lugo-Gonzalez and the Defendants, C.R. England, Inc. and Cecil Lamar Derico have reached a settlement of their claims. For this reason, the Court hereby ORDERS that the Final Pretrial Conference currently scheduled for October 2, 2018, is reset for December 4, 2018 at 1:30 P.M.

SIGNED this 28th day of September, 2018.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge