United States District Court
Southern District of Texas
**ENTERED**
October 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA LUGO-GONZALEZ | § § § | |
| V. | § | CIVIL ACTION NO. 1:17-cv-00073 |
| C.R. ENGLAND, INC. and CECIL LAMAR DERICO | § § § § | |

## AGREED ORDER OF DISMISSAL

On the 17th day of October, 2018, came on to be heard the Motion to Dismiss of Plaintiff, **BLANCA LUGO-GONZALEZ**, as to Defendants **C.R. ENGLAND, INC. and CECIL LAMAR DERICO**. After due notice, the parties appeared by their attorneys of record and announced to the Court that all matters in controversy between Plaintiff, **BLANCA LUGO-GONZALEZ,** and Defendants, **C.R. ENGLAND, INC. and CECIL LAMAR DERICO,** have been compromised and settled, and that Plaintiff no longer desires to prosecute her causes of action against Defendants, **C.R. ENGLAND, INC. and CECIL LAMAR DERICO.** It appearing to the Court the agreement of the parties should be the Order of the Court,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff, **BLANCA LUGO-GONZALEZ**, against Defendants, **C.R. ENGLAND, INC. and CECIL LAMAR DERICO**, are hereby dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all taxable court costs associated with this case shall be paid by the party incurring the costs.

SIGNED this 17th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

{03718906.DOC / }

**AGREED:**

_____
~~VICTOR CERDA~~ Michael Cowen
State Bar No.: 04047050
MICHAEL R. COWEN
State Bar No.: 00795306
COWEN | RODRIGUEZ | PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
(210) 941-1301:  Telephone
(956) 504-3674:  Telefax
efilings@cmbtrial.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 731-6350:  Telephone
(210) 785-2950:  Telefax
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**

{03718906.DOC / }